IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-07-167-L |
| ) | |
| HARVEY JOE DEESE, ) | |
| ) | |
| Defendant. ) | |

## **J U D G M E N T**

Pursuant to the Order issued this date, the indictment returned on July 11, 2007 is dismissed.

Entered this 21st day of September, 2007.

*Tim Leonard*
TIM LEONARD
United States District Judge